

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00689-CV

**IN THE INTEREST OF R.G. II,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01552
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Our opinion in this appeal issued on March 11, 2015. Accordingly, appellant's motion for rehearing was due March 26, 2015. On April 21, 2015, appellant filed a motion for extension of time to file a motion for rehearing. Rule 49.8 of the Texas Rules of Appellate Procedure states that a court of appeals may extend the time for filing a motion for rehearing if a party files a proper motion for extension of time to file the rehearing "no later than 15 days after the last date for filing the motion." The last date for filing the motion for rehearing was March 26, 2015. Thus, per Rule 49.8, appellant's extension of time to file a motion for rehearing had to be filed in this court no later than April 10, 2015. Because appellant did not file his motion for extension of time until April 21, 2015, the motion is untimely. Accordingly, we **DENY** appellant's motion for extension of time to file a motion for rehearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court